United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | AORS Realty, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 04-5068930 | |
| 4. **Debtor's address** | **Principal place of business** 525 Teaneck Road (Number / Street) Ridgefield Park, NJ 07660 (City / State / ZIP Code) Bergen County (County) | **Mailing address, if different from principal place of business** (Number / Street) P.O. Box (City / State / ZIP Code) **Location of principal assets, if different from principal place of business** (Number / Street) (City / State / ZIP Code) |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **AORS Realty, LLC**  Case number (if known) _____
_____Name_____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>5311 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                   MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>       District _____  When _____<br>                                         MM / DD / YYYY<br>       Case number, if known _____ |

| Debtor | AORS Realty, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City                                             State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  AORS Realty, LLC  
     Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/13/2025  
            MM / DD / YYYY

✗ /s/ Addy M. Ors            Addy M. Ors  
Signature of authorized representative of debtor      Printed name

Title  Member

**18. Signature of attorney**

✗ /s/ Diana Woody           Date  06/13/2025  
Signature of attorney for debtor                         MM / DD / YYYY

Diana Woody  
Printed name  
Scura Wigfield, Heyer, Stevens & Cammarota LLP  
Firm name  
1599 Hamburg Turnpike  
Number    Street  
Wayne            NJ          07470  
City              State        ZIP Code

2014904777          dwoody@scura.com  
Contact phone          Email address

486812024           NJ  
Bar number           State

Addy M. Ors
525 Teaneck Rd
Ridgefield Park, NJ 07660


Amida Special Opportunity Investments, LLC
155 West 70th Street
Suite 15A
New York, NY 10023


Conrado Gonzalez, dba GSF Holding Realty, LLC
c/o GSF Holding Realty, LLC
3710 John F. Kennedy Blvd
Pennsville, NJ 08070


Cornerstone Construction, LLC
Attn: Pres./CEO/Registered Agent
2400 Palisade Avenue
Union City, NJ 07087


FIRSTRUST BANK
Attn: President/CEO/Officer of Instituti
15 E Ridge Pike
Conshohocken, PA 19428


Law Office of Robert M. Mayerovic
Attn: President/CEO/Registered Agent
545 39th Street, Suite 400
Union City, NJ 07087


Law Office of Robert M. Mayerovic
Attn: Robert M. Mayerovic, Esq.
5600 Kennedy Boulevard, Suite 105
West New York, NJ 07093


Margolin, Weinreb & Nierer, LLP
Attn: President/CEO/Registered Agent
165 Eileen Way, Suite 101
Syosset, NY 11791


Margolin, Weinreb & Nierer, LLP
Attn: Seth D. Weinberg, Esq.
165 Eileen Way, Suite 101
Syosset, NY 11791


Offit Kurman, Attorneys At Law
Attn: Pres./CEO/Reg. Agent
21 Main Street- Suite 158
Hackensack, NJ 07601


Raza Malik
8921 Frances Place
North Bergen, NJ 07047

United States Bankruptcy Court

District of New Jersey

In re: AORS Realty, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/13/2025

/s/ Addy M. Ors
Signature of Individual signing on behalf of debtor

Member
Position or relationship to debtor